**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff,* RANDALL ROSKELLY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL ROSKELLY,<br><br>    Plaintiff,<br><br> vs.<br><br>COUNTY OF RIVERSIDE; DEPUTY MICHAEL HEUER; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: **5:25-cv-00888-JGB-DTB**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge David T. Bristow]<br><br>**DECLARATION OF TRENTON C. PACKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with* Plaintiff's Points and Authorities in Opposition to Summary Judgment; Plaintiff's Objections to Defendants' Exhibits; Separate Statement of Genuine Disputes and Additional Material Facts; Declaration of Roger Clark; Declaration of Randall Roskelly; Declaration of Nicholas Dunehew<br><br>Hearing: July 6, 2026<br>Time:  9:00 a.m.<br>Crtrm:  1<br><br>Trial Date: September 29, 2026 |

## <u>DECLARATION OF TRENTON C. PACKER</u>

I, Trenton C. Packer, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the attorney of record for the Plaintiff.  I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the February 13, 2026, Deposition Transcript of Plaintiff Randall Roskelly ("**Exh. A, Roskelly Depo**").

2. Attached hereto as "**Exhibit B**" is a true and correct copy of the declaration of Nicholas Dunehew ("**Exh. B, Dunehew Decl.**").

3. Attached hereto as "**Exhibit C**" is a true and correct copy of the declaration of Randall Roskelly ("**Exh. C, Roskelly Decl.**").

4. Attached hereto as "**Exhibit D**" is a true and correct copy of footage from Defendant Deputy Heuer's Body-Worn Camera depicting this incident ("**Exh. D, BWC**") (Bates ROS RC 000844).

5. Attached hereto as "**Exhibit E**" is a true and correct copy of cellphone-recorded footage depicting this incident ("**Exh. E, Video**") (Bates 000095).

6. Attached hereto as "**Exhibit F**" is a true and correct copy of relevant pages of Screenshots from the cellphone-recorded footage (Bates 000095) depicting this incident (**"Exh. F, Still frame photos of strikes"**).

7. Attached hereto as "**Exhibit G**" is a true and correct copy of the declaration of Plaintiff's police practices expert Roger A. Clark ("**Exh. G, Clark Decl.**")

8. Attached hereto as "**Exhibit H**" is a true and correct copy of the relevant portions of the November 20, 2025, Deposition Transcript of Defendant Deputy Michael Heuer ("**Exh. H, Heuer Depo**").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 15th day of June, 2026.

_____

Trenton C. Packer

PACKER DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT